IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUNE CHO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY and MARILYN )<br>HOCKENBERRY )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-00288-WO-JLW |

## MOTION OF DEFENDANTS
## DUKE UNIVERSITY AND MARILYN HOCKENBERRY
## FOR SUMMARY JUDGMENT
Fed. R. Civ. P. 56

Defendants Duke University ("Duke") and Marilyn Hockenberry ("Hockenberry") (collectively "Defendants"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56, hereby move for entry of summary judgment on all claims of Plaintiff June Cho in the above action. Summary judgment is appropriate because there are no genuine issues of material fact to be tried, and Defendants are entitled to judgment as a matter of law.

The following Exhibits which support Defendants' Motion for Summary Judgment, are attached hereto, and incorporated by reference herein:

(1) Transcript excerpts from the deposition of Plaintiff June Cho

(2) Exhibits from the deposition of Plaintiff June Cho

(3) Declaration of Marilyn Hockenberry with attachments

(4) Declaration of Marion Broome with attachments

(5) Declaration of Barbara Turner with attachments

(6) Declaration of Kimberley Fisher

(7) Declaration of Geeta Swamy

(8) Declaration of Phyllis Kennel

(9) Declaration of Eun Ok Im

WHEREFORE, upon consideration of the motion, supporting memorandum, declarations, exhibits and pleadings, Defendants respectfully request that this Court grant their Motion for Summary Judgment and enter an Order dismissing this case with prejudice.

Respectfully submitted this 11th day of April, 2019.

    OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

**/s/ Kimberly J. Lehman**
Robert A. Sar, N.C. Bar No. 22306
Kimberly J. Lehman, N.C. Bar No. 43001
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
E-mail: robert.sar@ogletreedeakins.com
E-mail: kimberly.lehman@ogletreedeakins.com
*Attorneys for Defendant Duke University*
*And Marilyn Hockenberry*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing MOTION FOR SUMMARY JUDGMENT was electronically filed with the Clerk of Court using the CM/ECF system which will send notice of same to the following:

Nancy P. Quinn
315 Spring Garden Street, Suite 1D
Greensboro, NC 27401
npquinn@triadbiz.rr.com
*Attorney for Plaintiff*

This 11th day of April, 2019.

**/s/ Kimberly J. Lehman**
Kimberly J. Lehman
N.C. Bar No. 43001
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
E-mail: kimberly.lehman@ogletreedeakins.com
*Attorneys for Defendants*

38071987.1