```
 1   APPEARANCES:

 2   For the Plaintiff:    Ms. Nancy P. Quinn
                           THE QUINN LAW FIRM
 3                         315 Spring Garden Street, Suite 1D
                           Greensboro, North Carolina  27401
 4                         (336) 272-9072
                           quinnlaw@triadbiz.rr.com
 5
     For the Defendants:   Ms. Kimberly J. Lehman
 6                         OGLETREE DEAKINS
                           4208 Six Forks Road, Suite 1100
 7                         Raleigh, North Carolina  27609
                           (919) 787-9700
 8                         kimberly.lehman@ogletreedeakins.com

 9                              * * *

10
                           I N D E X
11                         By                                    Page
     EXAMINATION           Ms. Lehman                          3 - 199
12   EXAMINATION           Ms. Quinn                         199 - 200
     FURTHER EXAMINATION   Ms. Lehman                        200 - 201
13

14                         E X H I B I T S
     Number                Description                           Page
15   Exhibit 1             CV                                       14
     Exhibit 2             Offer letter                             22
16   Exhibit 3             Grievance petition April 2017           153
     Exhibit 4             Addendum                                154
17   Exhibit 5             Updated Addendum                        154
     Exhibit 6             Decision 7-18-17                        154
18   Exhibit 7             Decision Rebuttal 7-18-17               155
     Exhibit 8             Letter 8-15-17                          156
19   Exhibit 9             Appeal Statement                        157
     Exhibit 10            EEOC Charge                             158
20   Exhibit 11            EEOC Intake Questionnaire               158
     Exhibit 12            EEOC Dismissal                          159
21   Exhibit 13            Letter 9-7-17                           159
     Exhibit 14            Complaint                               184
22   Exhibit 15            Initial Disclosures                    187
     Exhibit 16            Interrogatories                         187
23   Exhibit 17            E-mail correspondence                   192

24                              * * *

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
        Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:18-cv-00288-WO-JLW   Document 20-2   Filed 04/11/19   Page 1 of 3



## DUKE UNIVERSITY SCHOOL OF NURSING

Marion E. Broome, PhD, RN, FAAN
Dean and Vice Chancellor for Nursing Affairs
Associate Vice President for Academic Affairs for Nursing, DUHS

<u>PERSONAL AND CONFIDENTIAL</u>

February 23, 2015

June Cho, PhD, RN


Dear Dr. Cho:

    It is with pleasure that I offer you a faculty position at the Duke University School of Nursing, effective July 1, 2015. Your future colleagues on the faculty are in support of your recruitment and I am confident that you will make important contributions to our School. You will be recommended for appointment as an associate professor without tenure, on Track I (a tenure-earning track). Once finalized, the official dates of your faculty appointment will be referenced in the formal written notification of your appointment, which follows review by the School's APT Committee and approval by the Duke University Board of Trustees.

    Generally, faculty members appointed to Track I assume responsibility for teaching the equivalent of nine teaching hours across the 12-month period of the appointment. Once your letter is signed we will send you the teaching preferences list. Once you return that Drs. Elizabeth Merwin and Janice Humphreys will work with you to determine the most appropriate assignment. In addition, all of our faculty members participate in the academic advisement of our students and we will expect that you will provide advisement as well.

    The School is prepared to offer you an annual base salary of $108,000 upon your start date. You will also be provided an initial deposit of $10,000 into your own faculty discretionary fund upon your start date, a deposit of $10,000 on July 1, 2016, and a deposit of $5,000 on July 1, 2017. In subsequent years you will receive the standard rate awarded to faculty, now set at $1,200 annually. Discretionary funds can be used to support professional expenses, including continuing education, hiring staff, licensing fees, travel, books and subscriptions, as allowable by Duke University policies.

    In addition, for funded principal investigators, we have a program that will convey to your discretionary account an amount equivalent to 5% of the indirect cost recovery associated with grants you bring to the School of Nursing. These funds carry over from one fiscal year to the next and remain under the direction of the faculty member. We have agreed that you will work to transfer your RO1 grant from UAB to the Duke School of Nursing as soon as possible after you agree to this offer, and we expect that future grants will be brought to the School as well. Please contact Dr. Diane Holditch-Davis (diane.hd@duke.edu) to assist you in this process. Her staff can also help you to arrange appointments to meet with your collaborators when you come to campus in April.

    We will provide you with a private furnished office, a desktop computer equipped with standard and customary software programs, a monitor and a printer.

    In accordance with Duke University's policies, the School will provide you with a relocation allowance of up to $7,500 for expenses related to the relocation of your office and household goods to North Carolina, costs for transportation from your residence and for local temporary housing. Duke is able to refer you to a mover with discounted rates and the ability to bill the School directly. These moving costs and any other trips to the area would be charged against your relocation allowance. The moving allowance will be available for your initial relocation from Birmingham, AL to North Carolina.

Cho Offer Letter
February 23, 2015
Page Two

As a member of the School of Nursing community, we will expect your participation in the service activities that support our community, including committee work at the School and in particular service or chairmanship, as appropriate, on DNP capstone committees. With time and advanced academic standing, participation in University level committee service will also be expected.

The School has developed a comprehensive orientation program for our new faculty members that is designed to support your transition to the faculty and the DUSON community. Detailed information about the program will be provided to you soon from Ms. Crystal Arthur, Director of Faculty Affairs, and we encourage you to participate fully in all of the planned orientation sessions.

We expect that you will obtain and maintain nursing licensure in the state of North Carolina, or applicable compact state licensure, and that you will maintain any relevant advanced certifications throughout your employment with the School, unless there is explicit conversation with the Dean or the Executive Vice-Dean. In addition, in accordance with North Carolina Board of Nursing requirements, all faculty members prior to or within the first three years of employment will have preparation in teaching and learning principles for adult education, and the School is able provide resources to assist you in meeting this requirement.

At Duke the appointment to professorial ranks can be a lengthy process. We will work with you to complete the appointment packet and Ms. Arthur will contact you to discuss the preparation of the necessary dossier documents as soon as you accept our offer. Until your faculty rank is awarded, you will hold the title of *Instructor, Temporary* and your benefits will be provided. Also, please be sure to reference Duke's benefits procedure that addresses requirements to receive Duke's 403B retirement plan contribution during the first year of employment.

This employment offer is contingent upon the successful completion of the following prior to your start date: pre-employment criminal background check; drug and health screening, including completion of required vaccinations; and reference checks. The drug screening and the criminal background check must be successfully completed prior to your first date of employment. Please note that Duke Medicine is tobacco free and the tobacco-free policy can be found at: http://dukemedicine.org/tobaccofree.

We look forward to working with you and hope that you will accept this offer to join the Duke University School of Nursing. Assuming so, please respond by signing below and returning one copy of this letter to Ms. Arthur. We would appreciate your reply by March 10, 2015. Upon receiving your signed letter, our Human Resources Specialist will soon contact you to begin the hire process.

Sincerely,

Marion E. Broome

_June Cho_  2/28/15
June Cho          Date