# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|                                          |     |                              |
|------------------------------------------|-----|------------------------------|
| JUNE CHO,                                | )   |                              |
|                                          | )   |                              |
| Plaintiff,                               | )   |                              |
|                                          | )   |                              |
| v.                                       | )   | Case No. 1:18-cv-00288-WO-JLW |
|                                          | )   |                              |
| DUKE UNIVERSITY and MARILYN              | )   |                              |
| HOCKENBERRY                              | )   |                              |
|                                          | )   |                              |
| Defendants.                              | )   |                              |
|                                          | )   |                              |

## DECLARATION OF EUN OK IM

1. My name is Eun Ok Im. I am over the age of 18 and am competent to make this Declaration which is based on my own personal knowledge and I give this Declaration as part of the lawsuit brought June Cho ("Dr. Cho").

2. I am currently the Associate Dean for Research Development and Regulatory Affairs at Duke University, School of Nursing ("DUSON"). I joined DUSON as the Mary T. Champagne Professor of Nursing in 2016. I am also the president-elect of the Asian American/Pacific Islander Nurses Association (AAPINA).

3. I was born in South Korea.

4. I know Dr. Cho and consider her to be a friend. I also know Dr. Marilyn Hockenberry and consider her to be a friend.

5. I understand that Dr. Cho's lawsuit contends that on or about April 2017, I was "warned by [Marilyn] Hockenberry that [Dr. Cho] would become physically dangerous to them when she becomes angry." I do not recall that Dr. Hockenberry made this statement to me. One day, the doors leading to my office suite were locked. One of the staff members let me in. I asked the staff member why the doors were locked. The staff member said that it was a safety precaution because of concerns related to Dr. Cho's husband. I do not recall the specific words.

6. At some point after I began working at Duke, I became aware that Dr. Cho and Dr. Hockenberry were involved in a dispute, but they both indicated that I should not be involved. I abided by their wishes and did not get involved. I do not have any

personal knowledge of the origin or details of their dispute.

7.  Dr. Cho's research concerned premature infants. This is not my specific research area or interest. I do not recall that Dr. Hockenberry told me not to work on a research project with Dr. Cho.

8.  During my tenure at Duke, I do not recall hearing any comments I would consider derogatory regarding Asians or my Korean national origin. I do not recall experiencing conduct that I perceived to be discriminatory based on my national origin.

9.  In my role at DUSON, I know Dean Marion Broome. Dean Broome traveled with me to South Korea and Taiwan and, in her role, has sponsored the 2018 AAPINA annual conference and the Asian Women's Leadership Workshops in 2017 and 2018.

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Eun Ok Im

Date: _3/2 / 1 8_

2