UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Case No.: 1:18cv00288

| | |
|---|---|
| JUNE CHO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Plaintiff's Response in Opposition to |
| | ) Defendant's Motion for Summary Judgement |
| DUKE UNIVERSITY and MARILYN | ) |
| HOCKENBERRY, | ) |
| | ) |
| Defendants. | ) |

COMES NOW Plaintiff, by and through counsel, and files this Response in Opposition to Defendants' Motion for Summary Judgment. Material issues of fact exist with respect to the reasons for the failure to renew her contract, the creation of a hostile work environment, defamation, and the interference with her employment contract with Defendant Duke University. Plaintiff's evidence will prove that the Defendants' actions were in violation of Title VII and based upon her national origin as well as violation of the common law of the State of North Carolina. 42 U.S.C. §2000e *et seq*.

Wherefore, Plaintiff respectfully requests that the motion be denied. Plaintiff has filed a memo in opposition to the motion which further explains her position.

Respectfully submitted, this the ____13th____ day of May, 2019.

                          /s/Nancy P. Quinn,
                          Attorney for Plaintiff
                          NC State Bar No.:16799
                          315 Spring Garden St., Suite 1D
                          Greensboro, NC  27401
                          Telephone:  (336) 272-9072
                          Email: npquinn@thequinnlawfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Plaintiff's Response to the Defendants' Motion for Summary Judgment was served on the Defendants electronically through the CM/ECF system addressed as follows:

    Kimberly J. Lehman
    Robert A. Sar
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    4208 Six Forks Road, Suite 1100
    Raleigh, NC 27609
    E-mail: robert.sar@ogletreedeakins.com
    E-mail: kimberly.lehman@ogletreedeakins.com

This the 13th day of May, 2019.

                                        /s/Nancy P. Quinn,
                                        Attorney for Plaintiff
                                        NC State Bar No.:16799
                                        315 Spring Garden St., Suite 1D
                                        Greensboro, NC 27401
                                        Telephone: (336) 272-9072
                                        Email: npquinn@thequinnlawfirm.com