# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

June Cho
    v.                                                  Case Number: 1:18cv288
Duke University, et al

# NOTICE

Take notice that proceedings in this case have been **set** as indicated below:

        **PLACE:**       L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C.

**COURTROOM NO.:**   3

**DATE AND TIME:**   Pretrial and Settlement Conference
September 19, 2019 at 2:00 p.m.

**Counsel, clients, and individuals with full settlement authority must attend in person. If the case does not settle, the Court will deal with logistical issues related to trial and, if time permits hear any pretrial motions. Counsel must confer with all witnesses now and shall advise the Clerk by August 15, 2019 of any dates in October, 2019 with conflicts. While the Court will attempt to work with counsel on scheduling, that may not be possible.**

_____

John S. Brubaker, Clerk

By: /s/ Marlene Sanders, Deputy Clerk

Date: August 2, 2019

TO: ALL COUNSEL AND/OR PARTIES OF RECORD