IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUNE CHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18CV288 |
| | ) | |
| DUKE UNIVERSITY and | ) | |
| MARILYN HOCKENBERRY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This court finds Defendants' Motion for Summary Judgment, (Doc. 20), should be granted. A Memorandum Opinion and Order will be issued in the near future. In the meantime, this court removes the case from the October Trial Calendar. The parties shall stand down from any further trial preparation.

**IT IS SO ORDERED.**

This the 10th day of October, 2019.

_____
United States District Judge